Carler
v.
Drake.

to set aside the execution ; which motion was resisted by proof that previous to such payment the defendant was advised by a counsellor of this court that the *plaintiff* was not authorized to receive the *costs*.

---

### CARLER *vs.* DRAKE.

An *order to hold to bail* need not be endorsed on the writ ; it is enough if the authority to hold to bail exists, and is in the possession or under the control of the officer.

February 6.     THE defendant was held to bail on a *capias* in an action for the seduction of the plaintiff's daughter. Having obtained a copy of the writ, and *no order to hold to bail* being endorsed on it, he moved to have the bail-bond delivered up to be cancelled. On the part of the plaintiff it was shewn that an order to hold to bail was made and endorsed on the affidavit on which the same was founded, and that the order was delivered to the deputy sheriff at the same time with the *capias,* and that he handed it back to the plaintiff's attorney.

*By the Court,* SAVAGE, Ch. J. It is usual and proper to endorse the order to hold to bail on the *capias,* but it is not indispensable that it should be so endorsed. It may be on a separate paper, and provided the authority exists and is in tl e.possession of the officer or under his control, the defendant is properly held to bail, whether it be endorsed on the writ or not

Motion denied.